**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISON VAZQUEZ A/K/A FERNANDO VAZQUEZ,<br><br>            Petitioner,<br><br>     v.<br><br>MARKWAYNE MULLIN,[1] ET AL.,<br><br>           Respondents. | Case No. 2:26-cv-02091-DOC-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The deadline to file objections has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED.  Respondents shall place Petitioner Alison Vazquez a/k/a Fernando Vazquez (A# 078-338-825) under the same conditions of release contained in Petitioner's prior Order of Supervision before her re-detention on February 26, 2026 (to the extent she is currently subject to greater

---

[1] Markwayne Mullin is substituted for Kristi Noem.  See Fed. R. Civ. P. 25(d).

conditions).  Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.4 and 241.13.  Respondents shall not attempt to remove Petitioner to any country other than Mexico without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 14, 2026

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2