JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALISON VAZQUEZ A/K/A FERNANDO VAZQUEZ,

Petitioner,

v.

MARKWAYNE MULLIN,[1] ET AL.,

Respondents.

Case No. 2:26-cv-02091-DOC-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall place Petitioner Alison Vazquez a/k/a Fernando Vazquez (A# 078-338-825) under the same conditions of release contained in Petitioner's prior Order of Supervision before her re-detention on February 26, 2026 (to the extent she is currently subject to greater conditions). Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.4 and 241.13. Respondents

[1] Markwayne Mullin is substituted for Kristi Noem. See Fed. R. Civ. P. 25(d).

shall not attempt to remove Petitioner to any country other than Mexico without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

DATED: July 14, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE